# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ELIZABETH C. EURE                                        NO.  2021 CW 1061

VERSUS

DONALD C. EURE                                           **NOVEMBER 5, 2021**

---

In Re:    Donald C. Eure, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 116074.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**
**CHH**

**Penzato, J.,** concurs in part and dissents in part.  I find the trial court erred in its March 24, 2021 judgment denying the defendant, Donald C. Eure's, exception of *res judicata*, because the plan administrator "qualified" the Domestic Relations Order on November 4, 2020 pursuant to La. R.S. 9:2801(B).   Therefore, the Order is a final judgment that cannot be modified. **Pembo v. Pembo,** 2017-1153 (La. App. 1st Cir. 6/28/19), 280 So.3d 656, 660-61.  Substantive amendments to judgments can be made only by consent of the parties or after a party has successfully litigated a timely application for new trial, an action for nullity, or a timely appeal. **Id.**  Accordingly, I would reverse the portion of the trial court's March 24, 2021 judgment which denied the exception of *res judicata* filed by the defendant, grant the exception of *res judicata* and dismiss the claims of plaintiff, Elizabeth Eure, asserted in her rule to modify domestic relations order.  I would deny as moot the remainder of the writ as to the exception of unauthorized use of summary proceedings.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT